UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ROBERT L. HINES,         )
   Plaintiff,         )
                ) **JUDGMENT IN A CIVIL CASE**
 v.              ) **CASE NO. 7:12-CV-4-BO**
                )
MICHAEL J. ASTRUE,       )
Commissioner of Social Security,    )
   Defendant.        )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Judgment on the pleadings is GRANTED, the Defendant's Motion for Judgment on the Pleadings is DENIED, and the action is REMANDED to the Commissioner for further consideration.

**This Judgment Filed and Entered on February 5, 2013, and Copies To:**

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


DATE               JULIE A. RICHARDS, CLERK
February 5, 2013           /s/ Susan K. Edwards
                  (By) Susan K. Edwards, Deputy Clerk